RECEIVED
OCT 10 2023
EDNY PRO SE OFFICE

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 10 2023 ★
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Mr Seth Adams

Plaintiff,

[Insert full name of plaintiff/prisoner]

**CIVIL RIGHTS COMPLAINT**
42 U.S.C. § 1983

**CV 23 7843**

JURY DEMAND

YES ✓ NO ______

-against-

Nassau County Correctional Center
C/o Pawoni
C/O Mendez
C/O Harris
C/o Torrelima

Defendant(s).

**MORRISON, J.**

**TISCIONE, M.J.**

[Insert full name(s) of defendant(s). If you need additional space, please write "see attached" and insert a separate page with the full names of the additional defendants. The names listed above must be identical to those listed in Part I]

**I.** **Parties**: (In item A below, place your name in the first blank and provide your present address and telephone number. Do the same for additional plaintiffs, if any.)

**A. Name of plaintiff** Mr. Seth Adams

If you are incarcerated, provide the name of the facility and address:

Nassau County Correctional Center
100 Carman Avenue
East Meadow, N.Y. 11554

Prisoner ID Number: 1997120090

If you are not incarcerated, provide your current address:

147-25 94th Avenue Apt #1602
Jamacia, N.Y. 11435

Telephone Number: 929 614-1734

**B. List all defendants.** You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.

Defendant No. 1

NASSAU COUNTY CORRECTIONAL CENTER
Full Name

" "
Job Title

100 CARMAN AVENUE
EAST MEADOW, N.Y. 11554
Address

Defendant No. 2

C/O Pawoni
Full Name

Correctional Officer
Job Title

100 CARMAN AVENUE
EAST MEADOW, N.Y. 11554
Address

Defendant No. 3

C/O Mendez
Full Name

Correctional Officer
Job Title

100 CARMAN AVENUE

EAST MEADOW, N.Y. 11554
Address

Defendant No. 4

C/O Harris
Full Name

Correctional Officer
Job Title

100 CARMAN AVENUE
EAST MEADOW, N.Y. 11554
Address

Defendant No. 5

C/O Torrelima
Full Name

Correctional Officer
Job Title

100 CARMAN AVENUE
EAST MEADOW, N.Y. 11554
Address

**II. Statement of Claim:**

(State briefly and concisely, the facts of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur? The Clothing room, upon Court return.

When did the events happen? (include approximate time and date) Between 1:30-2:30 P.M. On August 3, 2023

Facts: (what happened?) On August 3, 2023 between the hours Of 1:30-2:30 P.M. I was brutally assaulted in the NASSAU COUNTY CORRECTIONAL CENTER by four Officers. The incident Occured in the Clothing room, While in the Process Of Changing my Clothes. The incident Stemmed from me Speaking to another inmate about the Conditions and treatment Of Myself and Others Within the Jail. C/o Fawoni, Who Was not even Working in that area; Came into the back Of the Clothing room and approached me. He Was accompanied by C/o Mendez C/o Harris, And C/o Torrelima. C/o Fawoni than Struck me in my right eye, As the Other Officers Mentioned began to assault me as Well. I didn't Fight back, nor resist. I was literally in fear Of losing my life. I experinced injuries both mentally and Physically. I am Suing for brutality, Excessive use of force, And Pain And Suffering. There is also an Ongoing IA And DA investigation Pending about this incident that Occured On 8-3-2023

**II.A. Injuries.** If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

The injuries I Sufferd were a black/bruised right eye. A full-thickness retracted tear Of the anterior, And Mid insertional fibers of the Supraspinatus Measuring 1.5 Cm transverse dimension and 1.2 Cm in AP dimension, Within the left Shoulder. I also have nerve damage in my left Wrist area. My

Black/Bruised right eye was forced to heal on it's Own. I received an MRI on my left Shoulder to dictate the internal damage, that has to be Surgically repaired.

**III. Relief:** State what relief you are seeking if you prevail on your complaint.

I'm requesting 250,000,000 for all my Pain, Suffering, mental anguish, Excessive force, And Punitive damage that Stemmed from this brutal assault I had to endure on August 3, 2023. I also request the involved Officers terminated

I declare under penalty of perjury that on 10/4/2023, I delivered this
(date)
complaint to prison authorities at Nassau County Correctional Center to be mailed to the United
(name of prison)
States District Court for the Eastern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 10/4/2023

[signature]
Signature of Plaintiff

NASSAU COUNTY CORRECTIONAL CENTER
Name of Prison Facility or Address if not incarcerated

100 CARMAN AVENUE
EAST MEADOW, NY 11554

Address

1997120090
Prisoner ID#

rev. 12/1/2015